UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

—————

NICHOLAS J. SEALS,

                      Plaintiff,                   Case No. 2:16-cv-262

v.                                    Honorable Paul L. Maloney

UNKNOWN BRADLEY et al.,

                      Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  January 13, 2017          /s/ Paul L. Maloney         
                                           Paul L. Maloney
                                         United States District Judge